IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02866-RPM

THOMAS STROUP,

      Plaintiff,

v.

IMAGINE!,

      Defendants.

_____

## STAY ORDER
_____

      At the scheduling conference held today the Court discussed with counsel the issues that are now the subject of a state court action filed after this Court dismissed the state law claims, without prejudice, by its order of April 16, 2012, and upon the conclusion that those issues predominate the ADA claim in this civil action and that this Court should, accordingly, stay this action pending adjudication of the state court action, it is therefore

      ORDERED that this civil action stayed until further order of court.

      DATED:   June 21st, 2012

                             BY THE COURT:

                             s/Richard P. Matsch
                             _____
                             Richard P. Matsch, Senior Judge