IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02866-RPM

THOMAS STROUP,

    Plaintiff,

v.

IMAGINE!,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Joint Stipulated Motion to Dismiss All Claims with Prejudice [26] filed July 24, 2013, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs associated with this action.

DATED:   July 25th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge